IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GREGORY LERON FROST, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-142 (HL) |
| | * |
| GEORGIA DEPARTMENT OF HUMAN SERVICES, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of January, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk